**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

APR 2 3 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 15-30060-NJR |
| vs. ) | |
| ) | |
| ANTHONY CUNNINGHAM, ) | Title 18, United States Code, |
| ) | Sections 1791(a)(2) and (b)(3) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about September 27, 2014, in Bond County, Illinois, within the Southern District of Illinois,

**ANTHONY CUNNINGHAM,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: marihuana; all in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(3).

A TRUE BILL

FOREPERSON

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond:   Detention.